UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., : | |
| a Florida Not-For-Profit Corporation, and : | Case No.: 6:09-cv-1713-JA-GJK |
| DENISE PAYNE, Individually, : | |
| Plaintiffs, : | |
| v. : | |
| FELCOR HOTEL ASSET COMPANY, L.L.C., : | |
| A Foreign Limited Liability Company, : | |
| Defendant. : | |

NOTICE OF SETTLEMENT

Plaintiffs, by and through undersigned counsel, hereby notify the Court that the instant action has settled. Plaintiffs respectfully request that the status hearing scheduled for August 4 be cancelled and that the parties be granted 45 days to exchange settlement documents and file the appropriate dismissal papers.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this August 2, 2010.

Respectfully submitted,

Attorney for Plaintiffs:

  /s/ Thomas B. Bacon

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com