**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**DENISE PAYNE,**

        **Plaintiffs,**

-vs-                                  Case No. 6:09-cv-1713-Orl-28GJK

**FELCOR HOTEL ASSET COMPANY,**
**LLC,**

        **Defendant.**
_____

# ORDER

This cause is before the court on a *sua sponte* review of the file. This case was dismissed without prejudice on August 3, 2010 (Doc. 21), upon notice by Plaintiffs that the case had settled (Doc. 20). There being no further activity, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of October, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge